**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Vincent Schonath

     v.                                  Civil No. 08-cv-448-PB

NH Supreme Court,
Associate Justice, et al

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.00 is due no later than December 17, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Lakes Region Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                               _James R. Muirhead_
                                James R. Muirhead
                                United States Magistrate Judge

Date: November 17, 2008

cc:  Vincent Schonath
      Bonnie S. Reed, Financial Administrator
      Lakes Region Facility, Inmate Accounts